# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| JASON EARNHART, individually and on behalf of all others similarly situated; | CASE NO. 4:18-cv-428 |
| Plaintiff | |
| vs. | |
| AARGON AGENCY, INC dba AARGON COLLECTION AGENCY and John Does 1-25. | |
| Defendants. | |

## ORDER OF DISMISSAL OF CASE WITH PREJUDICE

THE COURT, having reviewed the Parties' Joint Stipulation of Dismissal With Prejudice as to all claims and parties, and being fully advised in the premises, hereby ORDERS that this action be and is hereby DISMISSED with prejudice as to all Defendants with each party to bear their respective costs and fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 9th day of August, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE